No. 10M16. AMEZIANE v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. Motion for leave to file petition for writ of certiorari under seal granted. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 10M17. PIPES v. BALLARD, WARDEN. Motion for leave to proceed as a veteran denied.

No. 10M24. ARANDA v. UNITED STATES; and
No. 10M26. VALLE v. UNITED STATES. Motions for leave to file petitions for writs of certiorari under seal with redacted copies for the public record granted.

No. 10M29. B. D. S. D. v. TEXAS; and
No. 10M33. REED v. PENNSYLVANIA. Motions for leave to proceed in forma pauperis without affidavits of indigency executed by petitioners denied.

No. 10M32. BAFFORD v. UNITED STATES. Motion to direct the Clerk to file a bill of complaint denied.

No. 65, Orig. TEXAS v. NEW MEXICO. Motion of the River Master for fees and reimbursement of expenses granted, and the River Master is awarded a total of $7,083.87 for the period July 1, 2009, through June 30, 2010, to be paid equally by the parties. [For earlier order herein, see, e. g., 558 U. S. 809.]

No. 126, Orig. KANSAS v. NEBRASKA ET AL. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States. [For earlier order herein, see, e. g., 540 U. S. 1043.]

No. 132, Orig. ALABAMA ET AL. v. NORTH CAROLINA. Motion of the Special Master for allowance of fees and reimbursement of expenses granted, and the Special Master is awarded a total of $80,904.16 for the period November 1, 2006, through June 30, 2010, to be paid equally by the parties. JUSTICE KAGAN took no part in the consideration or decision of this motion. [For earlier order herein, see, e. g., 558 U. S. 1010.]

No. 08-1423. COSTCO WHOLESALE CORP. v. OMEGA, S. A. C. A. 9th Cir. [Certiorari granted, 559 U. S. 1066.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted. JUSTICE